GOLDSMITH & HULL/File #599165
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Jack D. Hull         (SBN 91879)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

FILED: 03/11/2016

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-7537 |
| Plaintiff, | AMENDED DEFAULT JUDGMENT |
| v. | (~~Proposed~~) |
| MARSHA E. EASTER, | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) MARSHA E. EASTER, on **MARCH 7, 2016** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) MARSHA E. EASTER, the sum of $7,995.14 principal, $14,713.50 accrued pre-judgment interest, $0.00 penalties/administrative charges, $468.00 court cost, plus $999.51 attorneys fees, less credits of $0.00, for a total

//
//
//
//

of $24,176.15 plus interest from March 11, 2016, at the rate of $1.24 per day for claim one and the rate of $0.51 per day for claim two to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: 03/11/2016

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: David Gonzalez
DEPUTY CLERK

:P549F